# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Fr. Christopher Thomas Wenthe, | Case No. 0:16-cv-03866-MJD-KMM |
| Petitioner, | |
| v. | **ORDER** |
| Tom Roy, *Minnesota Commissioner of Corrections*, | |
| Respondent. | |

Paul C. Engh, Counsel for petitioner

Peter R. Marker, Assistant Ramsey County Attorney, Counsel for respondent

The above-entitled matter came before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated December 11, 2017.  Petitioner has objected to the Magistrate Judge's recommendation that his Petition for habeas relief be denied.

Pursuant to statute, the Court has conducted a de novo review of the record, and has thoroughly reviewed the bases for Petitioner's objections.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court will

overrule Petitioner's objections and will ADOPT the Report and

Recommendation in its entirety.

IT IS HEREBY ORDERED that the Petition [ECF No. 1] is **DENIED**, and

this action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Date:   February 27, 2018

s/ Michael J. Davis
Michael J. Davis
United States District Court
